RECEIVED

OCT 3 1 2007

OCT. 31, 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

United States District Court

Northern District of Illinois

Stephanie P. McCallum

v.

Northern Illinois University

07CV6152
JUDGE KENDALL
MAG. JUDGE ASHMAN

Assigned Judge

Designated Magistrate Judge

Complaint

Plaintiff applied to Northern Illinois University Law School for admission In the Freshman class to start in May,2006. Plaintiff wanted to study Economics from May to September,2006 in DeKalb, Illinois

Plaintiff had residency in the State of Maryland since 2003. Plaintiff had Taught Special Education Courses in Prince George's County Maryland.

Plaintiff had applied to several Law Schools, including George Mason Law School and Regent's Law School in Virginia. Plaintiff was awarded

A Graduate Fellowship to attend George Mason University.

## STUDENT LOAN DISPUTE

Plaintiff had requested Federal Student Aid for the School Courses

And Residency at Northern Illinois University.

Plaintiff paid $1,486 dollars to the Federal Student Loan Program to

Cure a default that she disputed. Plaintiff paid the monies so that she would be eligible for aid for her Law School Studies.

Northern Illinois University denied the Plaintiff her loan. Plaintiff

Met several times with the Financial Aid Office and the Bursars for

Her award notice. Plaintiff did the necessary loan counseling for her

Loan at Northern Illinois University, DeKalb, Illinois.

Plaintiff was denied a seat in the Law School but continued to study

Economics. Plaintiff was extremely successful in her studies.

## EVICTION AND ARREST OF PLAINTIFF

Plaintiff received several eviction notices from the Married Student Housing demanding her removal from campus housing.

Plaintiff was confused and saddened when she receive a notice of removal by October 26,2006 of face all of her books to be thrown out.

On October 26,2006 Plaintiff was forced out of her campus apartment

On the Eve of Homecoming at Northern Illinois University. Plaintiff

Was a Volunteer for the Football Team.

Plaintiff was then detained and arrested in her apartment by the

Northern Illinois Campus Police. The Police did not give any Written

Warrant to Plaintiff. Plaintiff was afraid for her life.

Plaintiff fainted and was taken to the DeKalb County Jail to be transferred to the Cook County Jail Hospital Psychiatric Unit.

Plaintiff was so traumatized that she became very visibly ill and

Confused. She did not understand what happened to her.

Plaintiff was admitted to the Cook County Hospital Jail for extreme

Trauma and Post Traumatic Stress Syndrome.

Plaintiff, a teacher and outstanding citizen had never been arrested.

Plaintiff had a Real Estate Rental Property dispute with Bank One

In September 11, 2001. Bank One signed a criminal complaint against

The Plaintiff for Felony Theft of her Rental receipts and Criminal

Trespassing to her Apartment building she lived in for fifteen years.

Plaintiff is asking for damages from Northern Illinois University, because

She did not have due process rights in the refusal to grant her student loan. Plaintiff student account was sent to collections. Plaintiff was denied any communications to have her student loan granted.

Plaintiff is asking for damages from Northern Illinois University for

False arrest without any written warrant.

Plaintiff cannot attend any Law School because of the Felony Charge

Humbly submitted

Dr. Stephanie P. McCallum  Ed.D.

*Stephanie P. McCallum*
1901 Larkdale Road
Glenview, Illinois 60025
847-373-8130