07CV6152
JUDGE KENDALL
MAG. JUDGE ASHMAN

**APPEARANCE FORM FOR PRO _____**
**DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

Information entered on this form is required for any person filing a case in this court as a pro se party
(that is, without an attorney).

NAME: _Stephanie P. McCallum_
(Please print)

STREET ADDRESS: _1901 Lartdale Road_

CITY/STATE/ZIP: _Glenview, Illinois 60025_

PHONE NUMBER: _847-373-8130_

CASE NUMBER: _____

JH

**FILED**

J.N

OCT 8 1 2007
OCT. 31, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_Stephanie P. McCallum_
Signature

_Oct 31, 2007_
Date