# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Virginia M. Kendall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6152 | **DATE** | 11/7/2007 |
| **CASE TITLE** | McCallum vs. Northern Illinois University | | |

**DOCKET ENTRY TEXT**

The Court has reviewed Plaintiff's application to proceed *in forma pauperis* and finds that Plaintiff's annual salary of $60,000 is sufficient income to pay for the filing fee in this matter. No other expenses are listed on the application. Plaintiff's application [4] is therefore denied.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SCT |
|---|---|---|