## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6152 | **DATE** | 11/27/2007 |
| **CASE TITLE** | Stephanie P McCallum vs. Northern Illinois University | | |

**DOCKET ENTRY TEXT**

On November 7, 2007, this court denied defendant's Application to Proceed in Forma Pauperis. Plaintiff has so far failed to pay the filing fee. Plaintiff has until December 2, 2007 to pay the filing fee or this cause will be dismissed.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | KW |
|---|---|---|