# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Virginia M. Kendall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6152 | **DATE** | 12/04/07 |
| **CASE TITLE** | Stephanie P McCallum vs. Northern Illinois University | | |

**DOCKET ENTRY TEXT**

MINUTE entry before Judge Virginia M. Kendall : Plaintiff having failed to timely pay the filing fee as directed in the Court's 11/27/07 minute order, this case is dismissed; all pending deadlines and hearings are stricken as moot. Civil case terminated.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | KW |
|---|---|---|