IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Stephanie P. McCallum
Student

v.    07C6152

Northern Illinois University

**MOTION TO VACATE DENIAL OF IN FORMA PAUPERIS STATUS
REINSTATEMENT OF ABOVE CASE  07C6152**

Please take note, the Plaintiff in the above cause of action does not have a current salary of $60,00.00. Her salary was quoted at that amount in 2002.

The Plaintiff humbly submits to the court a revised Statement of earnings and benefits.

The Plaintiff, a student, is currently pursuing a doctorate in Counseling Psychology.

The Plaintiffs earnings are 8,400 per year from the Office of Personnel Management Washington, D.C. in a Widows Pension from the Federal Government.

Humbly submitted,

Stephanie P. Mccallum        December 3, 2007
1923 Dewes Street
Glenview, Illinois 60025   847-730-5695

## FORM 4.
## AFFIDAVIT ACCOMPANYING MOTION FOR
## PERMISSION TO APPEAL IN FORMA PAUPERIS

United States District Court for the
\_\_\_\_\_ District of \_\_\_\_\_

A.B., Plaintiff McCallum, Stephanie

v.

C.D., Defendant Bank One

Case No. \_\_\_\_\_

U.S.C.A. – 7th Circuit
RECEIVED
NOV 01 2007 RMS
GINO J. AGNELLO
CLERK

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Signed *Stephanie P. McCallum*

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: \_\_\_\_\_

My issues on appeal are:


1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ | $ | $ | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property (such as rental income) | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | ($774/mo) $8,400/year | $ | $774/mo | $ |

89

Motor Vehicle #2        (Value)    Other assets    (Value)    Other assets    (Value)

Make & year: N/A

Model: N/A

Registration # N/A

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

Person owing you or your spouse money    Amount owed to you    Amount owed to your spouse

N/A

7. State the persons who rely on you or your spouse for support.

Name    Relationship    Age

N/A

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) Are real estate taxes included? [ ] Yes [ ] No Is property insurance included? [ ] Yes [ ] No | $ 1,000/mo | $ N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ — | $ |
| Home maintenance (repairs and upkeep) | $ — | $ |
| Food | $ 100/mo | $ |
| Clothing | $ — | $ |
| Laundry and dry-cleaning | $ — | $ |
| Medical and dental expenses (Bc/BS FEP) Widow's Pension | $ — | $ |
| Transportation (not including motor vehicle expenses) | $ — | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ — | $ |
| Insurance (not deducted from wages or included in mortgage payments) Homeowner's or renter's | $ — | $ |

91

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6152 | **DATE** | 11/7/2007 |
| **CASE TITLE** | McCallum vs. Northern Illinois University | | |

**DOCKET ENTRY TEXT**

The Court has reviewed Plaintiff's application to proceed *in forma pauperis* and finds that Plaintiff's annual salary of $60,000 is sufficient income to pay for the filing fee in this matter. No other expenses are listed on the application. Plaintiff's application [4] is therefore denied.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SCT |
|---|---|---|